**Joseph Dux v. Marion D. Rumsey et al.**
**James A. Miller & Brother, Appellants, v. Marion D. Rumsey et al., Appellees.**

**Gen. No. 5,928.     (Not to be reported in full.)**

Appeal from the Circuit Court of Lake county; the Hon. CHARLES WHITNEY, Judge, presiding. Heard in this court at the April term, 1914. Affirmed. Opinion filed October 13, 1914.

### Statement of the Case.

This case is substantially the same as *Dux v. Rumsey, ante,* p. 234. Appellants were subcontractors and

filed an amended answer in the nature of a cross-bill in the same proceeding. The decision filed in the above mentioned case held controlling.

WHITNEY, J., took no part in this decision.

SILBER, ISAACS, SILBER & WOLEY, for appellants; JAMES D. WOLEY, of counsel.

SHERIFF, DENT, DOBYNS & FREEMAN and SAM S. HOLMES, for appellees.

MR. JUSTICE DIBELL delivered the opinion of the court.